IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                              PLAINTIFF

v.                                                                          CAUSE NO. 1:15CV360-LG-RHW

WORKPLACE STAFFING SOLUTIONS                                            DEFENDANT

## FINAL JUDGMENT

This matter having come on to be heard on the Motion for Default Judgment [9] filed by the Equal Employment Opportunity Commission, the Court, after a full review and consideration of the Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Equal Employment Opportunity Commission and against Workplace Staffing Solutions in the amount of $179,000 ($36,500 for the benefit of Jonika Walton; $31,500 for the benefit of Janice Monteleone; $31,500 for the benefit of Jerrica Stokes; $26,500 for the benefit of April Edwards; $26,500 for the benefit of Yvette Bouie; and $26,500 for the benefit of Susan Spinks), with costs taxed against Workplace Staffing Solutions.

**IT IS FURTHER ORDERED AND ADJUDGED** that the clerk of court is

ordered to close this case.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE